Law Offices of
# MEYER & NUÑEZ
150 West Flagler Street
Suite 2700
Miami, Florida 33130

**David A. Nuñez, Esq.**
Also Admitted to N.Y. Bar

(T) 305-722-9898
(F) 305-371-9197

May 28, 2013

Hon. Sandra L. Townes
U.S. District Judge
Eastern District of New York
Daniel Patrick Moynihan U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Carlos Humberto Arias Murillo*
      Case Nos. 06-CR-00091-8, E.D.N.Y.

LETTER REQUEST TO SUBSTITUTE AS COUNSEL AND FOR RULE 44/ CURCIO HEARING

Dear Judge Townes:

I write on behalf of Defendant Carlos Humberto Arias Murillo in the above styled matter. I respectfully seek leave, along with Neil M. Schuster, Esq. who will be applying to appear *pro hac vice*, to substitute as trial counsel for Mr. Arias Murillo in the pending matter before the Court.

Counsel of record for Defendant Arias Murillo, Jose R. Puig, Esq., has no objections to this substitution. Moreover, counsel Neil M. Schuster has discussed this motion with AUSA Lerer who has no objections but the parties recognize the need for the Court to conduct a *Curcio* inquiry for reasons to be provided under separate cover. To that end, we also ask that a brief hearing be scheduled at the Court's convenience.

Respectfully submitted,

David A. Nuñez

cc:   Justin D. Lerer, AUSA (via U.S. mail and ECF)
      Jose Puig, Esq. (via U.S. mail and ECF)