# PUIG LAW FIRM

19 June 2013

Honorable Sandra L. Townes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JUN 27 2013 ★

BROOKLYN OFFICE

**RE:** *United States vs. Carlos Humberto Arias Murillo*
*Case No.: 06-CR-00091-SLT-8*

Dear Judge Townes:

The Defendant has effectively replaced me by hiring new counsel and I consent that attorneys Neil M. Schuster and David A. Nunez, will substitute me as counsel. I must ask the Court to relieve me from this case forthwith and I will hand over a copy of the file to new counsel as soon as possible.

I have spoken to AUSA Justin Lerer and advised him that I was going to be filing this letter today.

VERY TRULY YOURS,

PUIG LAW FIRM, P.A.
s/JOSE R. PUIG
JOSÉ R. PUIG, ESQ.
F.B.N.029350

CC: AUSA JUSTIN D. LERER

The application is ☒ granted. ☐ denied.
SO ORDERED.

/s/(SLT)
Sandra L. Townes, U.S.D.J.
Dated: June 26, 2013
Brooklyn, New York

4090 LAGUNA STREET | SECOND FLOOR | CORAL GABLES, FLORIDA | 33146
P: 1.305.442.6780 | F: 305.974.1939 | E: jp@puiglaw.com